IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KUNTA DOUGHTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO: 1:22-cv-00220-HAB-SLC |
| EAST ALLEN COUNTY SCHOOLS AND/OR | ) |
| EAST ALLEN COUNTY SCHOOLS | ) |
| EDUCATIONAL FOUNDATION, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this matter and all causes of action asserted in this matter, whether claims, counterclaims, or otherwise, should be dismissed with prejudice. The parties further stipulate and agree that each party will bear their own fees and costs.

Dated: October 23, 2024

*s/ Christopher C. Myers (w/permission)*
Christopher C. Myers, #10043-02
MYERS & WALLACE, LLP
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Email: cmyers@myers-law.com

*Counsel for Plaintiff*

*s/ Jason T. Clagg*
Jason T. Clagg, Atty. No. 24123-02
Mark D. Scudder, Atty. No. 23130-02
Mitchell R. Berry, Atty. No. 36367-02
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN 46802
Telephone: (260) 423-9440
Email: jason.clagg@btlaw.com
        mark.scudder@btlaw.com
        mitchell.berry@btlaw.com

*Counsel for Defendant*